# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2587
_____

KOREY LEON BALES, Former
Husband,

    Appellant,

    v.

JENNIFER JOAN BALES, Former
Wife,

    Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
T. Michael Jones, Judge.



May 21, 2025

PER CURIAM.

The petition for dissolution was still "pending" in the circuit court on July 1, 2023, when the amendment to section 61.08, Florida Statutes (2023), eliminating permanent alimony took effect. *See Stockdale v. Stockdale*, No. 1D2024-1371, 2025 WL 1062621 (Fla. 1st DCA April 9, 2025) (concluding a dissolution petition was "pending" where final judgment was not rendered by the effective date of the alimony reform amendment). We REVERSE the final judgment awarding permanent alimony and REMAND for further proceedings consistent with this opinion.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ross Alan Keene of Ross Keene Law, P.A., Pensacola, for Appellant.

Elizabeth Jane Thorsen and Therese Felth McKenzie of McKenzie Law Firm, P.A., Pensacola, for Appellee.